311 F.2d 224
 FARNSWORTH & CHAMBERS COMPANY, Inc., a Corporation, et al.
v.
UNITED STATES of America for the use of Hoover Equipment
Company, a Corporation.
 No. 6897.
 United States Court of Appeals Tenth Circuit.
 Aug. 27, 1962.
 
 Clyde J. Watts, Oklahoma City, Okl., for appellants.
 Harvey L. Harmon, Oklahoma City, Okl., for appellee.
 Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed August 27, 1962, on motion of appellants.